UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOTAL RX CARE, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:16-cv-2965 |
| GREAT NORTHERN INSURANCE COMPANY, | § § § § | JURY DEMANDED |
| *Defendant*. | § | |

## INDEX OF ALL DOCUMENTS

Exhibit 1:    Index of All Documents

Exhibit 2:    State court docket sheet

Exhibit 3:    Plaintiff's Original Petition filed on September 23, 2016

Exhibit 4-A:  Letter from Laurie C. Johnson to the Rockwall County District Clerk, filed on September 29, 2016

Exhibit 4-B:  Civil Citation issued to Great Northern Insurance Company on October 3, 2016

Exhibit 5:    Certificate of Interested Persons

Exhibit 6:    E-mail dated October 3, 2016 between Joseph Ziemianski and Rob Hoffman

EXHIBIT 1
TO GREAT NORTHERN'S NOTICE OF REMOVAL