# 382ND DISTRICT COURT
# CASE SUMMARY
## CASE NO. 1-16-0994

| | | |
|---|---|---|
| TOTAL RX CARE, LLC<br>vs.<br>GREAT NORTHERN INSURANCE COMPANY | § § § § | Location: 382nd District Court<br>Judicial Officer: Hall, Brett<br>Filed on: 09/23/2016 |

## CASE INFORMATION

Case Type: **Civil Case - Other**

## DATE — CASE ASSIGNMENT

**Current Case Assignment**
Case Number: 1-16-0994
Court: 382nd District Court
Date Assigned: 09/23/2016
Judicial Officer: Hall, Brett

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | TOTAL RX CARE, LLC | HOFFMAN, ROBERT M.<br>*Retained*<br>214-659-4653(W) |
| Defendant | GREAT NORTHERN INSURANCE COMPANY | |

## DATE — EVENTS & ORDERS OF THE COURT — INDEX

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 09/23/2016 | Original Petition (OCA)<br>*KP* | |
| 09/29/2016 | Request<br>*FOR CIT ISSUANCE TO SEC OF STATE/KP* | |
| 10/03/2016 | Citation<br>*GREAT NORTHERN INS CO/E-FILED CIT TO ATTY FOR PROCESS TO SEC OF STATE/KP* | |
| 10/03/2016 | **Citation**<br>GREAT NORTHERN INSURANCE COMPANY<br>Unserved | |

## DATE — FINANCIAL INFORMATION

**Plaintiff** TOTAL RX CARE, LLC
Total Charges                                303.00
Total Payments and Credits                   303.00
**Balance Due as of 10/18/2016**               0.00

# ROCKWALL COUNTY CIVIL DOCKET
## 382nd District Court
## Cause: 1-16-0994

TOTAL RX CARE, LLC
vs.
GREAT NORTHERN INSURANCE COMPANY

PLAINTIFF ATTORNEY:
ROBERT M. HOFFMAN
1717 MAIN STREET SUITE 3700
DALLAS TX 75201
09788200
214-659-4653

CASE TYPE: Civil Case - Other

DEFENDANT ATTORNEY:

FILE DATE: 09/23/2016

**Date**                    **Nature of Proceedings**