UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOTAL RX CARE, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-cv-2965 |
| | § | |
| GREAT NORTHERN INSURANCE | § | JURY DEMANDED |
| COMPANY | § | |
| | § | |
| *Defendant.* | § | |

### GREAT NORTHERN INSURANCE COMPANY'S AMENDED
### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Great Northern Insurance

Company ("Great Northern") respectfully moves the Court to dismiss for failure to state a claim

Plaintiff Total RX Care, LLC's claims against Great Northern for fraudulent inducement, pattern

and practice, promissory estoppel, and fraud and under the Deceptive Trade Practices Act.

Respectfully submitted:

*/s/ Joseph A. Ziemianski*
Joseph A. Ziemianski
Attorney-in-Charge
Texas State Bar No. 00797732
E-mail: jziemianski@cozen.com

*Of Counsel*:

Nicole S. Bakare
Texas State Bar No. 24056017
E-mail: nbakare@cozen.com

COZEN O'CONNOR
1221 McKinney St., Suite 2900
Houston, Texas  77010
Telephone: (832) 214-3900
Facsimile: (832) 214-3905

*Local Counsel*:

William H. Craven
Texas State Bar No. 24082870
COZEN O'CONNOR
1717 Main Street, Suite 3400
Dallas, Texas  75201
Telephone:  (214) 462-3000
Facsimile:  (214) 462-3299
E-mail: wcraven@cozen.com

*Counsel for Defendant*
*Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on all counsel of record, listed below, via the Court's electronic filing system, on November 17, 2016.

Robert M. Hoffmann
ANDREWS KURTH, LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201

Mary Kaylan Dunn
ANDREWS KURTH, LLP
600 Travis Street, Suite 4200
Houston, Texas 77002

*Counsel for Plaintiff Total RX Care, LLC*

*/s/ Joseph A. Ziemianski*
Joseph A. Ziemianski