# Exhibit D

*Via Email and Overnight Delivery*

December 11, 2015

Total Rx
9101 Lakeview Pkwy Ste 500
Rowlett, TX 75088

Re: Termination of Pharmacy from Prime Therapeutics' Pharmacy Networks

Dear Pharmacy Owner or Manager,

This letter serves as notice that Prime Therapeutics LLC (Prime) is terminating Total Rx from Prime's pharmacy networks effective December 10, 2015, for failure to meet Pharmacy Participation Agreement terms as a result of:

Patient safety concerns for dispensing practices identified pursuant to the most recent pharmacy audit of pharmacy.

Finally, by way of this letter Pharmacy is hereby put on notice that an analysis of the claims submitted to Prime are indicative potential fraud, waste or abuse (FWA). Prime has an obligation to manage its networks and protect against such activity.

Nothing in this letter impacts your ability to appeal any pharmacy audit or pharmacy termination decision.

If you have any questions concerning this letter, please direct them to the above address, or call 888.277.5510, option 1.

Sincerely,

Elisa Ecklund
Manager, Provider Relations
Prime Therapeutics LLC

cc: Access Health