**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| TOTAL RX CARE, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | CIVIL ACTION NO. 3:16-cv-2965 |
| GREAT NORTHERN INSURANCE COMPANY, | | JURY DEMAND |
| Defendant. | | |

**JOINT MOTION TO TEMPORARILY STAY DETERMINATION OF
PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS [DKT. 31]**

Plaintiff Total Rx Care, LLC ("Total Rx") and Defendant Great Northern Insurance Company ("Great Northern") are engaged in ongoing meet and confer efforts in an attempt to narrow or eliminate the issues in dispute in Plaintiff's Motion to Compel Production of Documents [Dkt. 31] (the "Motion"). Thus, Total Rx and Great Northern request that the Court stay any determination of the Motion for at least twenty-one days while the parties continue to meet and confer regarding the Motion.

The parties have also agreed to file a joint pleading at the end of the twenty-one day period to advise the Court of any issues that remain outstanding following the stay.

Dated: June 7, 2017

Respectfully submitted,

| **ANDREWS KURTH KENYON LLP** | **COZEN O'CONNOR** |
|---|---|
| */s/ Robert M. Hoffman* | */s/ Anthony DiPietra* |
| Robert M. Hoffman | Joseph Ziemianski |
| State Bar No. 09788200 | Attorney-in-Charge |
| RobHoffman@andrewskurth.com | State Bar No.  00797732 |
| 1717 Main Street, Suite 3700 | jziemianski@cozen.com |
| Dallas, Texas 75201 | Nicole S. Bakare |
| Telephone:  (214) 659-4653 | State Bar No.  24056017 |
| Facsimile:   (214) 659-4401 | nbakare@cozen.com |
| | COZEN O'CONNOR |
| Mary Kaylan Dunn | 1221 McKinney St., Suite 2900 |
| State Bar No. 24076359 | Houston, TX 77010 |
| kaylandunn@andrewskurth.com | Telephone:     (832)214-3900 |
| 600 Travis Street, Suite 4200 | Facsimile:      (832)214-3905 |
| Houston, Texas  77002 | |
| Telephone:  (713) 220-4200 | Antony DiPietra |
| Facsimile:  (713) 220-4285 | State Bar No.  24085972 |
| **Attorneys for Plaintiff** | adipietra@cozen.com |
| | William H. Craven |
| | State Bar No. 24082870 |
| | wcraven@cozen.com |
| | COZEN O'CONNER |
| | 1717 Main Street, Suite 3400 |
| | Dallas, TX 75201 |
| | Telephone:     (214) 462-3000 |
| | Facsimile:      (214) 462-3299 |
| | **Attorneys for Defendant** |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, this pleading was served on all counsel of record via electronic service.

*/s/ Robert M. Hoffman*
Robert M. Hoffman
