**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

<u>**ALTERNATIVE DISPUTE RESOLUTION SUMMARY**</u>

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: **3:16-CV-2965**
2. Style of case: **Total Rx Care, LLC v. Great Northern Insurance Company**
3. Nature of suit: **Insurance Coverage**
4. Method of ADR used:  ☐ Mediation  ☐ Mini-Trial  ☐ Summary Jury Trial
5. Date ADR session was held: **January 22, 2018**
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.          ☐ Settled, in part, as a result of ADR.

   ☐ Settled as a result of ADR.               **X  Parties were unable to reach settlement during the ADR session.**

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

   **No continued work scheduled, but the mediator's practice is to follow-up through inquiry on mediations that did not settle at a session and to be available to assist parties throughout the pendency of the case.**

7. What was your TOTAL fee: **$ 5,400**
8. Duration of ADR: **one day** (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   **Paul J. Van Osselaer, Mediator**
   **For Plaintiff:**
       Robert M. Hoffman, attorney for Plaintiff (*see* attached required info)
       M. Kaylan Dunn, attorney for Plaintiff (*see* attached required info)
       Matthew Orwig, attorney (*see* attached required info)
       Kevin Kuykendall, party representative
   **For Defendant:**
       Michael C. Steindorf, attorney for Defendant (*see* attached required info)
       Neel Lane, attorney for Defendant (*see* attached required info)
       Rafe A. Schaefer, attorney for Defendant (*see* attached required info)
       Dave Anderson, party representative
       Sandy Berger, party representative

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

_____     **January 23, 2018**
**Paul J. Van Osselaer**     Date

   **2305 Cheswick Court, Austin, TX 78746**     **(512) 593-5104**
Address     Telephone

**Alternative Dispute Resolution Summary**
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Name: Robert M. Hoffman
**Firm**: Andrews Kurth Kenyon LLP
**Address**: 1717 Main Street, Suite 3700
Dallas, TX 75201
**Phone**: (214) 659-4653

**Name**: M. Kaylan Dunn
**Firm**: Andrews Kurth Kenyon LLP
**Address**: 600 Travis Street, Suite 4200
Houston, TX 77002
**Phone**: _____

**Name**: Matthew Orwig
**Firm**: Winston & Strawn LLP
**Address**: 2501 N. Harwood Street, 17th Floor
Dallas, TX 75201
**Phone**: (214) 453-6446

**Name**: Michael C. Steindorf
**Firm**: Norton Rose Fulbright US LLP
**Address**: 2200 Ross Avenue, Suite 3600
Dallas, TX 75201
**Phone**: (214) 855-8000

**Name**: Neel Lane
**Firm**: Norton Rose Fulbright US LLP
**Address**: 300 Convent Street, Suite 2100
San Antonio, TX 78205
**Phone**: (210) 270-7170

**Name**: Rafe A. Schaefer
**Firm**: Norton Rose Fulbright US LLP
**Address**: 1301 McKinney Street, Suite 5100
Houston, TX 77010
**Phone**: (713) 651-5255

**Name**: _____
**Firm**: _____
**Address**: _____
_____
**Phone**: _____

**Name**: _____
**Firm**: _____
**Address**: _____
_____
**Phone**: _____