IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOTAL Rx CARE, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL ACTION NO.3:16-cv-02965-B |
| | § | **Jury Trial Requested** |
| GREAT NORTHERN INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE:

COME NOW, through undersigned counsel, Plaintiff and Defendant, and file this Joint Stipulation of Dismissal With Prejudice.

Pursuant to the agreement of all parties, Plaintiff and Defendant hereby stipulate, by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss with prejudice the above-captioned matter and all claims released in the Mutual General Release fully executed by the parties on September 12, 2019.  Each party will bear its own attorneys' fees and costs.

Dated: September 26, 2019                              Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP          STECKLER GRESHAM COCHRAN PLLC

   */s/ Daniel M. Lane, Jr.*                            s/ *Bruce W. Steckler*
   Michael C. Steindorf                                 Bruce W. Steckler
   State Bar No.  19134800                        State Bar No. 00785039
   michael.steindorf@nortonrosefulbright.com      bruce@stecklerlaw.com
2200 Ross Avenue                                    12720 Hilcrest Rd., suite 1045
Suite 3600                                              Dallas, TX 75230
Dallas, Texas 75201-7932                        Telephone: (972) 387-4040
Telephone:  (214) 855 8000                     Facsimile: (972) 397-4041

Facsimile:  (214) 855 8200

Daniel M. Lane, Jr.
State Bar No.  00784441
neel.lane@nortonrosefulbright.com
300 Convent St., Suite 2100
San Antonio, Texas 78205
Telephone:  (210) 270-7170
Facsimile:  (210) 270-7205

Rafe Schaefer
rafe.schafer@nortonrosefulbright.com
State Bar No.  24077700
Kate Ergenbright
kate.ergenbright@nortonrosefulbright.com
State Bar No.  24097660
1301 McKinney St., Suite 5100
Houston, TX  77010-3095
Telephone: (713) 651-5151
Facsimile:  (713) 651-5246

***Counsel for Defendant Great Northern
Insurance Company***

THE LOYD LAW FIRM, P.L.L.C.

*s/  Shannon E. Loyd*

Shannon E. Loyd
State Bar No. 24045706
bruce@stecklerlaw.com
12703 Spectrum Dr., Suite 201
San Antonio, TX
Telephone: (210) 775-1424
Facsimile: (210) 775-1410

***Counsel for Total Rx Care, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of

record through the Court's electronic filing system on September 26, 2019.

*/s/ Bruce W. Steckler*
Bruce W. Steckler

Joint Stipulation of Dismissal With Prejudice                                                                 2